\_\_\_\_ FILED \_\_\_ ENTERED
\_\_\_\_ LOGGED \_\_\_\_\_ RECEIVED

10:43 am, Nov 15 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT, ARREST WARRANT

I, Richard Gianforcaro, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), Baltimore Division, Baltimore, Maryland, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I make this affidavit in support of a criminal complaint charging Erik Michael Partlow ("**Partlow**") with violations of Title 18, United States Code ("U.S.C") § 2242(b) (coercion and enticement), 18 U.S.C. § 2251(a) and (e) (sexual exploitation of children), and 18 U.S.C.2252A(a)(2) (receipt of child pornography), collectively the "**Target Offenses**."

2. Because this affidavit is provided for the limited purpose of establishing probable cause for an arrest warrant, I have not included all information known to me regarding this investigation, but rather have set forth only those facts necessary to establish probable cause to believe that **Partlow** has committed the charged offenses.

### AGENT BACKGROUND

3. I have been employed with the FBI as a Special Agent since June 2016. I am currently assigned to the Maryland Child Exploitation Task Force (MCETF), which investigates individuals involved in the online sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations.

4. Since being employed with the FBI, I have participated in the execution of numerous search warrants, including those for online accounts, such as email accounts, online storage accounts and other online communication accounts. In the course of my employment with

the FBI, I have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media.

5. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## AFFIDAVIT

6. The statements in this affidavit are based in part on information and reports provided by the FBI and other law enforcement officers, and on my experience and background as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violations of the Target Offenses.

7. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

8. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

## PROBABLE CAUSE

9. On or about July 12, 2023, FBI-Detroit received a complaint alleging that the 12-year-old brother (hereinafter "MINOR VICTIM") of the complainant had been "blackmailed" into sending explicit images of himself to *Nick Brown* via Snapchat. *Nick Brown* was also reported to

have sent MINOR VICTIM files depicting other children engaged in sexual acts. *Nick Brown* threatened to leak images/videos of MINOR VICTIM if he did not comply with his demands.

10. On or about July 21, 2023, a forensic interview was conducted with MINOR VICTIM, during which MINOR VICTIM stated that he met *Nick Brown* on an application called Wink.[1] MINOR VICTIM used Wink to meet friends who were interested in playing video games. MINOR VICTIM's Wink profile contained an image of him and a brief bio indicating that he wanted to make friends and play games. MINOR VICTIM and *Nick Brown* subsequently began communicating via Snapchat. *Nick Brown's* Snapchat username was *n1ckbrownn*.

11. MINOR VICTIM disclosed his age to *Nick Brown*, but *Nick Brown* did not share much information about himself. *Nick Brown* claimed to possess a picture of MINOR VICTIM and threatened to expose MINOR VICTIM, and make his life miserable, if he did not share additional pictures (MINOR VICTIM did not recall initially sending any images to *Nick Brown*, and as such thought that he may have been hacked). At *Nick Brown*'s direction, MINOR VICTIM produced images/videos depicting him (MINOR VICTIM) nude in his bathroom, and of him inserting objects into his rectum (from his basement). *Nick Brown* sent MINOR VICTIM videos of other males (who looked to be teenagers) inserting objects into their rectum so as to show MINOR VICTIM how to "do something right".

12. *Nick Brown* represented himself as a white male, having sent MINOR VICTIM videos of a white male masturbating (whose face was not visible).

13. MINOR VICTIM estimated that he communicated with *Nick Brown* for about two to three weeks. MINOR VICTIM deleted the images he sent (though he stated *Nick Brown* saved them) and subsequently blocked *Nick Brown* on Snapchat.

---

[1] Wink advertises itself as a mobile app that helps people make new friends from all over the world and clarifies that it is not a dating app (getwinkapp.com/#about).

3

14. On or about July 21, 2023, FBI-Detroit issued a subpoena to Snap Inc. for recent subscriber and internet protocol ("IP") information related to Snapchat account *n1ckbrownn*. In response, Snap provided the following information:

> Username: n1ckbrownn
> Display Name: nick
> Email: n1ckbrownn@icloud.com
> Created: Thu Jul 06 03:51:18 UTC 2023
> Creation IP: 68.134.239.114

15. On or about July 27, 2023, FBI-Detroit issued a subpoena to Verizon for subscriber information related to IP address 68.134.239.114. In response, Verizon provided the following information:

> Start Time: 2023-04-03 21:11:05Z
> Account Creation Date: 01/11/2020
> Customer Name: Kirk Partlow
> Account Address: 24 Stoneway Pl, Nottingham, MD 21236

16. On or about August 1, 2023, FBI-Detroit issued a subpoena to Apple for subscriber information related to n1ckbrownn@icloud.com. In response, Apple provided the following information:

> First name: Da
> Last Name: Baddest
> Signup Date: 07/04/2023
> Address: Rockborne, Dundalk, MD 21222
> Phone: 443-928-5244
> Business Phone: 443-928-5244
> Bill Profile Create Date: 2023-07-04 19:58:33
> Billing Profile Create IP: 68.134.239.114
> Registered Device: IPHONE 7 BLACK 32GB VZN-USA, S/N DX3XJ15YHG6W, IMEI number 354916090088450

17. On or about August 15, 2023, FBI-Detroit issued a subpoena to T-Mobile for subscriber information related to phone number 443-928-5244. In response, T-Mobile provided the following information:

4

Customer Name:  Erik Partlow
Subscriber Name:  Kirk Partlow
Address:  24 Stoneway Place, Nottingham, MD 21236
Start Date:  2/27/2021

18. On or about August 25, 2023, a federal search warrant issued by the Western District of Michigan was served by FBI-Detroit on Snap Inc. for MINOR VICTIM's Snapchat account and for user account *n1ckbrownn*. Snap responded to the search warrant by providing information regarding both accounts. The following observations were made:

a. There was no record of communications or images/videos exchanged between MINOR VICTIM and *n1ckbrownn*. However, IP Data from both the MINOR VICTIM account and the *n1ckbrownn* account indicated that they became Snapchat friends on or about July 8, 2023. IP data from the MINOR VICTIM account indicated that MINOR VICTIM blocked *n1ckbrownn* on or about July 11, 2023.

b. Within the *n1ckbrownn* account, numerous explicit images and videos of pubescent males were observed, most associated with chat communications that contained limited to no text.[2] These images and videos displayed the pubescent males' buttocks, genital and anal areas, and depicted masturbation.

c. In one chat communication from July 2023, *n1ckbrownn* told another user to "send me something," declaring "if you want me to like you again then send." After the other user indicated he was in high school, *n1ckbrownn* informed the other user that he "loves your ass," and later asked "can you send what you have saved rq." The other user followed with an image depicting what appeared to be a male exposing his anus.

---

[2] Based on my training and experience, and information from the Snapchat Support page, I know that images/videos and chat content can be deleted automatically after a finite period of time or can be deleted intentionally by the user. However, I also know that when images/videos are created and/or viewed on devices such as cell phones and tablets, the devices may create and save a version of the file in a "cache" folder on the device. A cache is a storage space for temporary files that makes a device, browser, or application run faster and more efficiently (businessinsider.com/what-is-cache).

d.      In another chat from July 2023, *n1ckbrownn* threatened a user, stating "send me whatever I want or imma expose you," then told the user he was 15. After the other user accused *n1ckbrownn* of lying, *n1ckbrownn* stated he was 16 years old.

e.      The user of the *n1ckbrownn* account appeared to continually represent himself as a white male, having sent the same few explicit videos to various Snapchat users (videos of a white male masturbating and a video of a white male nude in a bathroom).[3]

f.      Based on the above, it was believed that *Nick Brown*, the user of Snapchat account *n1ckbrownn*, was **Partlow** (an adult black male, with date of birth XX/XX/2003), and that **Partlow** attempted to misrepresent himself as a teenage white male to solicit explicit content from other males, at least some of whom appeared to be juveniles.

19.     In September 2023, FBI-Baltimore was notified of the above-mentioned matter. FBI-Baltimore determined that, between 2020 and 2022, similar allegations had been made against **Partlow**, involving juvenile victims (approximately 14 to 15 years old) in Georgia, Maryland, and Texas. At the time of the alleged conduct in Georgia and Maryland, **Partlow** was a juvenile and therefore not charged. However, in February 2021, during the investigation related to the Georgia victim, detectives with the Baltimore County Police Department met with **Partlow** and his mother at 24 Stoneway Place, during which time **Partlow** acknowledged responsibility. Detectives also learned that **Partlow** had more than one device. **Partlow** and his mother were admonished about the seriousness of the allegations/conduct and the laws related to child pornography. In October 2022, a CyberTipline report ("CyberTip) was generated alleging online enticement of a child via Instagram. The Baltimore County Police Department received the CyberTip, and determined the IP address provided for the subject account was associated with the 24 Stoneway Place.

---

[3] It is not known if these videos all depict the same male, as a face could not be seen in some of the masturbation videos.

20. On or about October 24, 2023, a search warrant (23-MJ-2695-MJM, issued by Judge Matthew J. Maddox in the District of Maryland), was executed at **Partlow**'s residence, during which approximately twenty-five (25) iPhones were seized from **Partlow**'s bedroom. During the search warrant, **Partlow** was *Mirandized* and interviewed. **Partlow** ultimately admitted he was the user of the *n1ckbrownn* Snapchat account and admitted that he used the iPhones, and accounts on them, to "catfish" other individuals, often representing himself as a young male or female to solicit material from other young males.[4] **Partlow** acknowledged that he would direct users to perform desired sex acts and would threaten to expose them if they did not comply. **Partlow** further stated that the catfishing got out of control once he got a job and had his own money.

21. Data extractions have been performed on approximately 19 of the 25 seized iPhones, the reviews of which are ongoing. One of the iPhones was the iPhone 7 (S/N: DX3XJ15YHG6W) associated with n1ckbrownn@icloud.com (refer to Paragraph 16). The Snapchat account used on this device was *n1ckbrownn*. Within the data extracted from this device were several videos believed to be MINOR VICTIM. Three of these videos are described below:

a. Video 1 – depicts a nude pubescent male, with his face visible, rotating to expose his penis and buttocks.

b. Video 2 – depicts a bottomless pubescent male (whose face is not visible), in what appears to be a basement, repeatedly spreading his buttocks to expose his anus.

c. Video 3 – depicts a nude pubescent male, in what appears to be a basement, inserting a toothbrush into his anus.

---

[4] When accounts would get shut down due to his activity, Partlow would purchase a refurbished iPhone and have it shipped to a friend's house, so as to hide it from his family.

7

22. On or about November 9, 2023, sanitized still images derived from these videos were shown to MINOR VICTIM's mother. She identified MINOR VICTIM in the still image derived from Video 1 (where MINOR VICTIM's face was visible) and the basement of their home in the images derived from Videos 2 and 3.

23. Review of the other devices has revealed chats with and videos of numerous other potential minor victims, in similar positions and performing similar sex acts as those **Partlow** requested from MINOR VICTIM. The ages of these victims are not always disclosed to Partlow, but of those observed, several had sent images or messages which suggest they were still in high school.[5] Among the other potential minor victims are those whose identities **Partlow** assumed and whose explicit material **Partlow** repeatedly sent to other victims as misrepresentations of himself.[6] In the data extracted from another seized iPhone, texting as "Alyssa" from lyssbratt@icloud.com,[7] in September 2023, **Partlow** threatened to send a previously received explicit video to the Instagram followers of another victim. After the victim informed **Partlow** that he was "crying so much" and that he "might kill myself," **Partlow** told him to "stop crying" and "send the vid like I wanted." The victim later informed **Partlow** the police were involved. FBI-Baltimore obtained computer-aided dispatch reports related to the victim contacting police, which indicated that the victim was 16 years old and resided in Washington state.

---

[5] Of the data reviewed thus far, even when the victims' disclosed to Partlow that they were underage, Partlow was not deterred from requesting explicit material.

[6] During his interview, Partlow provided information for two males, whom he believed to be 16/17 and 17/18, respectively, from whom he had obtained explicit material, which he subsequently used as representations of himself.

[7] During his interview, Partlow indicated that "Lyss" was another identity he used to catfish. Per Partlow, as "Lyss" he would tell his chatting partners that he was 16.

## CONCLUSION

3.      Based on the forgoing information, I respectfully submit that there is probable cause to believe that **Partlow** has committed the Target Offenses.

_____
Special Agent Richard Gianforcaro
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this __14th__ day of November, 2023.

_Adam B. Abelson_____
HONORABLE ADAM B. ABELSON
UNITED STATES MAGISTRATE JUDGE